(Official Form 1)(12/03)     Bar No#: 02371500

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>ABILENE DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Way, James Clayton** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle):<br>**Way, Renee Noline** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fdba Renee Stovall** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-8351** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all):<br>**xxx-xx-0667** |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**11767 CR 335**<br>**Hawley, TX 79525** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code):<br>**11767 CR 335**<br>**Hawley, TX 79525** |
| County of Residence or of the Principal Place of Business:<br>**Jones** | County of Residence or of the Principal Place of Business:<br>**Jones** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 961**<br>**Hawley, TX 79525** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 961**<br>**Hawley, TX 79525** |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)    ☐ Railroad | | ☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13 |
| ☐ Corporation    ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership    ☐ Commodity Broker | | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | |
|---|---|
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1)(12/03)          **FORM B1, Page 2**

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | **James Clayton Way** |
| | **Renee Noline Way** |

### Prior Bankruptcy Case(s) Filed Within Last 6 Years  (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ James Clayton Way
**James Clayton Way**

**X** /s/ Renee Noline Way
**Renee Noline Way**

Telephone Number (If not represented by an attorney)

**06/15/2005**
Date

### Signature of Attorney

**X** /s/ Phil Black
**Phil Black**      Bar No. **02371500**

**Law Offices of Phil Black**
**1290 South Willis**
**Commerce Plaza, Suite 222**
**Abilene, Texas 79605**

Phone No.**(325) 692-8100**    Fax No.**(325) 692-8793**

06/15/2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

Printed Name of Authorized Individual

_____
Title of Authorized Individual

**06/15/2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** /s/ Phil Black       06/15/2005
**Phil Black**       Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO

CHAPTER    **13**

## <u>NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)</u>

*The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

## Chapter 7: Liquidation   ($209.00 filing fee)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income
 ($194.00 filing fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11: Reorganization  ($839.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer   ($239.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice on this__15th_____day of __June_____, __2005__ .

**/s/ James Clayton Way**
*James Clayton Way*

**/s/ Renee Noline Way**
*Renee Noline Way*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**
   **Renee Noline Way**

CASE NO

CHAPTER **13**

## STATEMENT OF FINANCIAL AFFAIRS

---

None ☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$12,000.00** | **YTD** |
| **$19,648.00** | **2003** |
| **$20,085.00** | **2002** |

---

None ☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **YTD** |
| **$0.00** | **2003** |
| **$3,000.00** | **2002(Worker Compensation)** |

---

None ☑

### 3. Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO

CHAPTER **13**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

**6. Assignments and receiverships**

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Phil Black** **1290 South Willis** **Commerce Plaza, Suite 222** **Abilene, Texas 79605** | **10/21/2004** | **$200.00** |

---

**10. Other transfers**

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **National Car** **620 Main Street** **Kerrville, TX 78025** | **10/04** | **Traded in 1997 Plymouth Breeze (not running) for 2001 Pontiac Aztec. No money received.** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO

CHAPTER **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 214 Beaver Rd.<br>Ingram, TX 78025 | James and Renee Way | 1999-07/04 |
| 216 Beaver Rd.<br>Ingram, TX 78025 | James and Renee Way | 1988-1999 |

---

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**NAME**
**James Way**
**Renee Way**
**Audra Pinder**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:    **James Clayton Way**
          **Renee Noline Way**                          CASE NO

                                                        CHAPTER    **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑    a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑    b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑    c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑    ### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

---

None
☑    b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                                    CASE NO
              **Renee Noline Way**
                                                                          CHAPTER    **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☑        a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☑        b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑        c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑        d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories
None
☑        a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑        b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders
None
☑        a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑        b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders
None
☑        a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑        b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **James Clayton Way**                        CASE NO
        **Renee Noline Way**
                                                     CHAPTER    **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None

☑

### 23. Withdrawals from a partnership or distributions by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None

☑

### 24. Tax Consolidation Group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

None

☑

### 25. Pension Funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO

CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**7**_____ sheets, and that they are true and correct.

Date **06/15/2005** _____

Signature _____ **/s/ James Clayton Way** _____
of Debtor      *James Clayton Way*

Date **06/15/2005** _____

Signature _____ **/s/ Renee Noline Way** _____
of Joint Debtor    *Renee Noline Way*
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                               CASE NO
        **Renee Noline Way**

                                                          CHAPTER   **13**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $5,253.00 | | |
| B - Personal Property | Yes | 4 | $64,324.48 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $57,522.62 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $1,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $35,795.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,878.51 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $2,738.00 |
| Total Number of Sheets of ALL Schedules  > | | 24 | | | |
| Total Assets  > | | | $69,577.48 | | |
| Total Liabilities  > | | | | $95,117.70 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **James Clayton Way**
        **Renee Noline Way**

CASE NO

CHAPTER  **13**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 214 Beaver Rd., Ingram, TX 78025<br>A0132 T Earhardt, SUR 137, Acres 3.11 | Fee Simple | C | $5,253.00 | $0.00 |
| | | **Total:** | **$5,253.00** | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                                    CASE NO
         **Renee Noline Way**

                                                                  CHAPTER    **13**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $10.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Hawley Bank Checking Account | C | $10.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | WTU, Taylor Telephone | C | $180.00 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Appliances | C | $120.00 |
| | | Furniture | C | $50.00 |
| | | Silverware/China | C | $10.00 |
| | | T.V. x4, VCR x2, Stereo | C | $35.00 |
| | | Household Tools | C | $5.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothes | C | $100.00 |
| 7. Furs and jewelry. | | Jewelry | C | $25.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | 243 gun | C | $100.00 |
| | | | Total  > | **$649.00** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

IN RE:  **James Clayton Way**

**Renee Noline Way**

CASE NO

CHAPTER  **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Camera x2 | C | $4.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance Policy (no cash value) | C | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | The Guadalupe Co NDFI Simple IRA | C | $53.48 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

Total  > $702.48

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                                CASE NO
         **Renee Noline Way**

                                                             CHAPTER   **13**

## <u>SCHEDULE B (PERSONAL PROPERTY)</u>

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Pontiac Aztec | C | $11,275.00 |
| | | 1993 Dodge Dakota | C | $3,175.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | Total  > | **$15,152.48** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                                    CASE NO
         **Renee Noline Way**

                                                                 CHAPTER    **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Dogs x4 | C | $0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | | Mobile Home, AL# CSS000134TXA, Title# 00959800, Label # HWC0253267 | C | $49,172.00 |
| | | | Total > | **$64,324.48** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**
　　　　**Renee Noline Way**

CASE NO

CHAPTER　**13**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☑ 11 U.S.C. Sec. 522(b)(1): Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. Sec. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 214 Beaver Rd., Ingram, TX 78025 A0132 T Earhardt, SUR 137, Acres 3.11 | 11 U.S.C. § 522(d)(1) | $5,253.00 | $5,253.00 |
| Cash | 11 U.S.C. § 522(d)(5) | $10.00 | $10.00 |
| Hawley Bank Checking Account | 11 U.S.C. § 522(d)(5) | $10.00 | $10.00 |
| WTU, Taylor Telephone | 11 U.S.C. § 522(d)(5) | $180.00 | $180.00 |
| Appliances | 11 U.S.C. § 522(d)(3) | $120.00 | $120.00 |
| Furniture | 11 U.S.C. § 522(d)(3) | $50.00 | $50.00 |
| Silverware/China | 11 U.S.C. § 522(d)(3) | $10.00 | $10.00 |
| T.V. x4, VCR x2, Stereo | 11 U.S.C. § 522(d)(3) | $35.00 | $35.00 |
| Household Tools | 11 U.S.C. § 522(d)(3) | $5.00 | $5.00 |
| Clothes | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| Jewelry | 11 U.S.C. § 522(d)(4) | $25.00 | $25.00 |
| 243 gun | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| Camera x2 | 11 U.S.C. § 522(d)(5) | $4.00 | $4.00 |
| Life Insurance Policy (no cash value) | 11 U.S.C. § 522(d)(8) | $0.00 | $0.00 |
| | | **$5,902.00** | **$5,902.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                                           CASE NO
            **Renee Noline Way**
                                                                                       CHAPTER   **13**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| The Guadalupe Co NDFI Simple IRA | 11 U.S.C. § 522(d)(10) | $53.48 | $53.48 |
| 2001 Pontiac Aztec | 11 U.S.C. § 522(d)(2) | $0.00 | $11,275.00 |
| 1993 Dodge Dakota | 11 U.S.C. § 522(d)(2)  11 U.S.C. § 522(d)(5) | $2,950.00  $225.00 | $3,175.00 |
| Dogs x4 | 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 |
| Mobile Home, AL# CSS000134TXA, Title# 00959800, Label # HWC0253267 | 11 U.S.C. § 522(d)(1) | $7,049.38 | $49,172.00 |
| | | **$16,179.86** | **$69,577.48** |

IN RE:   **James Clayton Way**
         **Renee Noline Way**

CASE NO _____
                    (If Known)

CHAPTER **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx6550<br><br>**Greenpoint Credit/Green Tree**<br>**P.O. Box 507**<br>**Memphis, TN 38101** | C | | DATE INCURRED: **02/99**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Mobile Home, AL# CSS000134TXA, Title# 0095980**<br>REMARKS:<br><br><br>COLLATERAL VALUE: **$49,172.00** | | | | **$40,058.66** | |
| ACCT #: xxxxxx6550<br><br>**Greenpoint Credit/Green Tree**<br>**P.O. Box 507**<br>**Memphis, TN 38101** | C | | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Mobile Home, AL# CSS000134TXA, Title# 0095980**<br>REMARKS:<br><br><br>COLLATERAL VALUE: **$3,000.00** | | | | **$3,000.00** | |
| ACCT #: xxxxxxxxxx0109<br><br>**Ingram School District**<br>**P.O. Box 189**<br>**Ingram, TX 78025** | C | | DATE INCURRED: **10/03**<br>NATURE OF LIEN:<br>**2003-2004 Property Taxes**<br>COLLATERAL:<br>**Mobile Home, AL# CSS000134TXA, Title# 0095980**<br>REMARKS:<br><br>COLLATERAL VALUE: **$1,476.04** | | | | **$1,476.04** | |
| ACCT #: xxx-xx-8351<br><br>**National Car**<br>**620 Main Street**<br>**Kerrville, TX 78025** | C | | DATE INCURRED: **10/04**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2001 Pontiac Aztec**<br>REMARKS:<br><br><br>COLLATERAL VALUE: **$11,275.00** | | | | **$12,000.00** | **$725.00** |
| ACCT #: xxxxxxxxxxxxxx0019<br><br>**Paula Rector**<br>**700 Main Street, Ste. 124**<br>**Kerrville, TX 78025** | C | | DATE INCURRED: **10/03**<br>NATURE OF LIEN:<br>**2003-2004 Property Taxes**<br>COLLATERAL:<br>**Mobile Home, AL# CSS000134TXA, Title# 0095980**<br>REMARKS:<br><br>COLLATERAL VALUE: **$587.92** | | | | **$587.92** | |
| ___1___ continuation sheets attached | | | Total for this Page (Subtotal) > | | | | **$57,122.62** | **$725.00** |
| | | | Running Total > | | | | **$57,122.62** | **$725.00** |

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxford**<br><br>**Security Finance**<br>**4201 N 1st**<br>**Abilene, TX 79603** | | C | DATE INCURRED: **06/04**<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**Household Goods  AVOID**<br>REMARKS:<br><br>COLLATERAL VALUE: **$0.00** | | | | $400.00 | $400.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total for this Page (Subtotal) > | $400.00 | $400.00 |
| | | | | | | Running Total > | $57,522.62 | $1,125.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:    **James Clayton Way**                                    CASE NO
             **Renee Noline Way**
                                                                            CHAPTER    **13**

# SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐  **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925\* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐  **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐  **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925\* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐  **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225\* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐  **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐  **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a) (8).*

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☑  **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

IN RE:  **James Clayton Way**
       **Renee Noline Way**

CASE NO _____
                    (If Known)

CHAPTER  **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

*Continuation Sheet No. 1*

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Law Offices of Phil Black**<br>**1290 South Willis**<br>**Commerce Plaza, Suite 222**<br>**Abilene, Texas 79605** | | C | DATE INCURRED: **10/21/2004**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $1,800.00 | $1,800.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total for this Page (Subtotal) > | $1,800.00 | $1,800.00 |
| | | | | | | Running Total > | $1,800.00 | $1,800.00 |

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx0050**<br>**Abilene Emergency Physicians**<br>P.O. Box 203292<br>Houston, TX 77216 | C | | DATE INCURRED: **11/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $315.00 |
| ACCT #: **xxxxxx0050**<br>**Abilene Regional Medical Center**<br>6250 HWY 83/84<br>Abilene, TX 79606 | C | | DATE INCURRED: **11/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,998.00 |
| ACCT #: **xxxxxxx0050**<br>**Abilene Regional Medical Center**<br>P.O. Box 849776<br>Dallas, TX 75284 | C | | DATE INCURRED: **11/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,998.00 |
| ACCT #: **xxxxxx9472**<br>**Ameripath San Antonio**<br>P.O. Box 1794<br>San Antonio, TX 78296 | C | | DATE INCURRED: **03/03**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $768.00 |
| ACCT #: **x0283**<br>**Anesthesia Associates**<br>420 Water Street, Ste. 105B<br>Kerrville, TX 78028 | C | | DATE INCURRED: **07/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $450.00 |
| ACCT #: **xxxxxxxx4501**<br>**AT&T**<br>P.O. Box 2100<br>Mechanicsburg, PA 17055-0706 | C | | DATE INCURRED: **4/05**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $154.65 |
| ACCT #: **xxxx8724**<br>**Axsys National Bank**<br>P.O. Box 469003<br>Chicago, IL 60649 | C | | DATE INCURRED: **06/02**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $441.23 |

_____8_____ continuation sheets attached

Total for this Page (Subtotal) > **$6,124.88**

Running Total > **$6,124.88**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx0667<br>**Capital Loans**<br>**3658 N. 6th**<br>**Abilene, TX 79603** | | C | DATE INCURRED: **07/04**<br>CONSIDERATION:<br>**Signature Loan**<br>REMARKS: | | | | **$63.00** |
| ACCT #: xxxx-xxxx-xxxx-3250<br>**Capital One**<br>**P.O. Box 60000**<br>**Seattle, WA 98190** | | C | DATE INCURRED: **06/03**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,162.84** |
| ACCT #: xxxxx8621<br>**Capital Recovery Service, LLC**<br>**P.O. Box 8700**<br>**Jacksonville, FL 32239-0700** | | C | DATE INCURRED: **00/04**<br>CONSIDERATION:<br>**Collecting for - Sprint PCS**<br>REMARKS: | | | | **$213.08** |
| ACCT #: xxxx2561<br>**Cavalry**<br>**P.O. Box 1030**<br>**Hawthorne, NY 10532** | | C | DATE INCURRED: **12/03**<br>CONSIDERATION:<br>**Collecting for - Sprint PCS**<br>REMARKS: | | | | **$213.08** |
| ACCT #: xx0027<br>**Chase Receivables**<br>**1247 Broadway**<br>**Sonoma, CA 95476** | | C | DATE INCURRED: **00/00**<br>CONSIDERATION:<br>**Collecting for -Verizon Wireless**<br>REMARKS: | | | | **$527.05** |
| ACCT #: xxxxxxxxx1911<br>**Clinical Pathology Associates**<br>**P.O. Box 3138**<br>**Abilene, TX 79604** | | C | DATE INCURRED: **11/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$36.75** |
| ACCT #: xxxxx, xx2606<br>**Collections Incorporated**<br>**26669 IH 10 West #3**<br>**Borne, TX 78006** | | C | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Collecting for - Hill Country Imaging**<br>REMARKS: | | | | **$377.66** |

Total for this Page (Subtotal) > | **$2,593.46**

Running Total > | **$8,718.34**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx2228**<br>**Collections Incorporated**<br>**26669 IH 10 West #3**<br>**Borne, TX 78006** | | C | DATE INCURRED: **00/04**<br>CONSIDERATION:<br>**Collecting for -Hill Country Inaging Assoc.**<br>REMARKS: | | | | $68.75 |
| ACCT #: **6331**<br>**Concho County Hospital**<br>**P.O. Box 987**<br>**Eden, tX 76837** | | C | DATE INCURRED: **12/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $201.50 |
| ACCT #: **xxxxxxxxxxx3845**<br>**Dish Network**<br>**P.O. box 660589**<br>**Dallas, TX 75266-0589** | | C | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $413.28 |
| ACCT #: **xxxxxxx7229**<br>**Doran, Gulley & Etzel**<br>**P.O. Box 420248**<br>**Del Rio, TX** | | C | DATE INCURRED: **2002**<br>CONSIDERATION:<br>**Collecting for - Uvalde Memorial Hospital**<br>REMARKS: | | | | $216.33 |
| ACCT #: **xxLTQ3**<br>**Excel Telecommunications**<br>**P.O. Box 650582**<br>**Dallas, TX 75265** | | C | DATE INCURRED: **09/00**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $793.00 |
| ACCT #: **xxxxx0667**<br>**Gold Key**<br>**625 U.S. Hwy 1, Ste. 102**<br>**Key West, FL 33040** | | C | DATE INCURRED: **1999**<br>CONSIDERATION:<br>**Collecting for - Schumacher**<br>REMARKS: | | | | $215.00 |
| ACCT #: **xxx8334**<br>**Hendrick Medical Center**<br>**1900 Pine**<br>**Abilene, Tx. 79601-2432** | | C | DATE INCURRED: **9/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $187.02 |

Total for this Page (Subtotal) > **$2,094.88**

Running Total > **$10,813.22**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx2263**<br>**Hendrick Medical Center**<br>**1900 Pine**<br>**Abilene, Tx. 79601-2432** | | C | DATE INCURRED: **4/05**<br>CONSIDERATION: **Medical**<br>REMARKS: | | | | $3,414.11 |
| ACCT #: **xxxxx0667**<br>**Hill Country Counseling**<br>**616 Barnett**<br>**Kerrville, TX 78028** | | C | DATE INCURRED: **04/03**<br>CONSIDERATION: **Medical**<br>REMARKS: | | | | $40.00 |
| ACCT #: **xx4050**<br>**Hill Country Imaging**<br>**P.O. Box 290910**<br>**Kerrville, TX 78029** | | C | DATE INCURRED: **07/04**<br>CONSIDERATION: **Medical**<br>REMARKS: | | | | $37.00 |
| ACCT #: **xx2228**<br>**Hill Country Imaging**<br>**P.O. Box 290910**<br>**Kerrville, TX 78029** | | C | DATE INCURRED: **07/04**<br>CONSIDERATION: **Medical**<br>REMARKS: | | | | $146.00 |
| ACCT #: **xxxx9002**<br>**Kerrville Public Utility**<br>**P.O. Box 294999**<br>**Kerrville, TX 78029** | | C | DATE INCURRED: **10/04**<br>CONSIDERATION: **Open Account**<br>REMARKS: | | | | $338.79 |
| ACCT #: **xxxx9002**<br>**Kerrville Public Utility**<br>**P.O. Box 294999**<br>**Kerrville, TX 78029** | | C | DATE INCURRED: **7/04**<br>CONSIDERATION: **Open Account**<br>REMARKS: | | | | $628.79 |
| ACCT #: **xx8346**<br>**Linebarger Goggan Blair & Sampson**<br>**2323 Bryan Street, Ste. 1600**<br>**Dallas, Texas 75201** | | C | DATE INCURRED: **2/05**<br>CONSIDERATION: **Taxes**<br>REMARKS: | | | | $781.64 |

Total for this Page (Subtotal) > **$5,386.33**

Running Total > **$16,199.55**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx5342<br>**MCI Residential Service**<br>P.O. Box 17890<br>Denver, CO 80217 | | C | DATE INCURRED: **5/05**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $743.96 |
| ACCT #: xxxxxxxxxxxx622A<br>**Mitchell N. Kay**<br>P.O. Box 9006<br>Smithtown, NY 11787 | | C | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Collecting for - Spiegel**<br>REMARKS: | | | | $514.54 |
| ACCT #: xxxx-xxxx-xxxx-3250<br>**National Action Financial Services**<br>3587 Parkway Lane<br>Norcross, GA 30010 | | C | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS: | | | | $1,045.07 |
| ACCT #: xxxxxxxxxx7229<br>**NCO Financial**<br>P.O. Box 41418, Dept. 12<br>Philadelphia, PA 19101 | | C | DATE INCURRED: **2002**<br>CONSIDERATION:<br>**Collecting for - Shumacher Group**<br>REMARKS: | | | | $215.00 |
| ACCT #: xxxxxxxx9102<br>**NCO Financial**<br>507 Prudential Rd.<br>Horsham, PA 19044 | | C | DATE INCURRED: **00/04**<br>CONSIDERATION:<br>**Collecting for -Aqua Texas**<br>REMARKS: | | | | $69.44 |
| ACCT #: xxxxxx027B<br>**NES**<br>29125 Solon Rd.<br>Solon, OH 44139 | | C | DATE INCURRED: **2003**<br>CONSIDERATION:<br>**Collecting for - Verizon Wireless**<br>REMARKS: | | | | $527.05 |
| ACCT #: xxxxxxxxxxxx3845<br>**OMS**<br>CS 9018<br>Melville, NY 11747 | | C | DATE INCURRED: **00/04**<br>CONSIDERATION:<br>**Collecting for -Dish Network**<br>REMARKS: | | | | $1,341.43 |

Total for this Page (Subtotal) > **$4,456.49**

Running Total > **$20,656.04**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxE000**<br>**Quantum Credit Services**<br>**3307 Ranch Rd.**<br>**Austin, TX 78734** | | C | DATE INCURRED: **01/03**<br>CONSIDERATION:<br>**Collecting for - Medical Surgical**<br>REMARKS: | | | | $1,117.00 |
| ACCT #: **xx0192**<br>**Quantum Credit Services**<br>**3307 Ranch Rd.**<br>**Austin, TX 78734** | | C | DATE INCURRED: **00-04**<br>CONSIDERATION:<br>**Collecting for -Medical Surgical Specialists, Kerr**<br>REMARKS: | | | | $1,117.00 |
| ACCT #: **xxxxxxx2263**<br>**Radiology Associates of Abilene**<br>**P.O. Box 2898**<br>**Abilene, TX 79604-2898** | | C | DATE INCURRED: **4/05**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $379.00 |
| ACCT #: **xxxxxxx3477**<br>**Radiology Associates of Abilene**<br>**P.O. Box 2898**<br>**Abilene, TX 79604-2898** | | C | DATE INCURRED: **11/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $30.00 |
| ACCT #: **xxxxx & x5745**<br>**Robert Mitchell, M.D.**<br>**695 Hill Country Drive**<br>**Kerrville, TX 78025** | | C | DATE INCURRED: **07/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $2,155.00 |
| ACCT #: **xxxx3341**<br>**Service Bureau, Inc.**<br>**2705 81st Street**<br>**Luboock, TX 79423** | | C | DATE INCURRED: **00/04**<br>CONSIDERATION:<br>**Collecting for -Hendrick Medical Center**<br>REMARKS: | | | | $187.02 |
| ACCT #: **xxxxx2773**<br>**Sid Peterson**<br>**710 Water Street**<br>**Kerrville, TX 78028** | | C | DATE INCURRED: **2004**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $376.90 |

Total for this Page (Subtotal) > **$5,361.92**

Running Total > **$26,017.96**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx8894<br>**Sid Peterson**<br>**710 Water Street**<br>**Kerrville, TX 78028** | | C | DATE INCURRED: **05/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $505.05 |
| ACCT #: xxxxxx0977<br>**Sid Peterson**<br>**710 Water Street**<br>**Kerrville, TX 78028** | | C | DATE INCURRED: **03/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $186.50 |
| ACCT #: xxxxxx8894<br>**Sid Peterson**<br>**710 Water Street**<br>**Kerrville, TX 78028** | | C | DATE INCURRED: **08/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $505.05 |
| ACCT #: xxxxxx8894<br>**Sid Peterson**<br>**710 Water Street**<br>**Kerrville, TX 78028** | | C | DATE INCURRED: **12/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $505.05 |
| ACCT #: xxxxx9239<br>**Stage Stores, Inc. (Bealls)**<br>**P.O. Box 64**<br>**Jacksonville, TX 75766** | | C | DATE INCURRED: **02/00**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $755.00 |
| ACCT #: xxx2164<br>**TCEP Sid Peterson**<br>**7100 South Hwy. 287**<br>**Arlington, TX 76001** | | C | DATE INCURRED: **07/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $249.00 |
| ACCT #: xx7405<br>**TCEP Sid Peterson**<br>**7100 South Hwy. 287**<br>**Arlington, TX 76001** | | C | DATE INCURRED: **05/03**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $286.00 |

Total for this Page (Subtotal) > **$2,991.65**

Running Total > **$29,009.61**

IN RE:  **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx0290<br>**TCEP Sid Peterson**<br>**7100 South Hwy. 287**<br>**Arlington, TX 76001** | | C | DATE INCURRED:  **07/04**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $230.00 |
| ACCT #:  xxxxxx8334<br>**Texas Midwest Emergency Physicians**<br>**319 W. Main Street**<br>**Norman, OK 73069** | | C | DATE INCURRED:  **9/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $159.00 |
| ACCT #:  xxxxx0667<br>**Texas Workforce Commission**<br>**P.O. Box 149080**<br>**Austin, TX 78714-9080** | | C | DATE INCURRED:  **12/04**<br>CONSIDERATION:<br>**Arrearage**<br>REMARKS: | | | | $780.00 |
| ACCT #:  xx7885<br>**The Collection Bureau**<br>**104 Plaza Drive**<br>**Kerrville, TX 78028** | | C | DATE INCURRED:  **07/00**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $328.00 |
| ACCT #:  xx3094<br>**The Collection Bureau**<br>**104 Plaza Drive**<br>**Kerrville, TX 78028** | | C | DATE INCURRED:  **1999**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $1,135.33 |
| ACCT #:  xxxxx2308<br>**Trade Mark AC**<br>**509 Hwy. 27 E**<br>**Ingram, TX 78025** | | C | DATE INCURRED:  **2004**<br>CONSIDERATION:<br>**Open Account**<br>REMARKS: | | | | $272.99 |
| ACCT #:  xxxxx8351<br>**United Collection Bureau**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | | C | DATE INCURRED:  **12/03**<br>CONSIDERATION:<br>**Collecting for - Uvalde Hospital**<br>REMARKS: | | | | $527.05 |

Total for this Page (Subtotal) > $3,432.37

Running Total > $32,441.98

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO _____
(If Known)

CHAPTER **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 8*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx6880<br>**United Consumers**<br>P.O. Box 4466<br>Woodridge, VA 22194 | | C | DATE INCURRED:   **06/00**<br>CONSIDERATION:<br>**Collecting for - Mary Washington Hospital**<br>REMARKS: | | | | $210.06 |
| ACCT #:  xxxxx2459<br>**Vital Recovery**<br>P.O. Box 923747<br>Norcross, GA 30010 | | C | DATE INCURRED:   **04/05**<br>CONSIDERATION:<br>**Collecting for -WFS**<br>REMARKS: | | | | $2,453.29 |
| ACCT #:  xxxxx9708<br>**West Central Texas Collection Bureau**<br>P.O. Box 2586<br>Abilene, TX 79604 | | C | DATE INCURRED:   **11/04**<br>CONSIDERATION:<br>**Collecting for -Clinical Pathology Associates**<br>REMARKS: | | | | $36.75 |
| ACCT #:  xx3094<br>**William Allen, M.D.**<br>695 Hill Country Drive<br>Kerrville, TX 78028 | | C | DATE INCURRED:   **07/04**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $653.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Total for this Page (Subtotal) > | | $3,353.10 |
| | | | | | Running Total > | | $35,795.08 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**
**Renee Noline Way**

CASE NO

CHAPTER **13**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **James & Jean Lang**<br>838 Comanche Trail<br>Abilene, TX 79601 | Residential Lease<br>03/05-Present<br>$385.00<br>Contract to be ASSUMED |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **James Clayton Way**                          CASE NO
        **Renee Noline Way**
                                                      CHAPTER    **13**

## SCHEDULE H (CODEBTORS)

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**
      **Renee Noline Way**

CASE NO

CHAPTER   **13**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | Child | 15 | Son | | | |
| | Child | 14 | Son | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Heavy Equipment Operator | Cashier |
| Name of Employer | Stephen Martin Paving | Hawley Grocery |
| How Long Employed | 4 months | 3 Months |
| Address of Employer | Hwy 80 | Main Street |
| | Abilene, TX 79601 | Hawley, TX 79525 |

| Income: (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $1,906.67 | $814.45 |
| Estimated monthly overtime | $929.50 | $90.44 |
| *SUBTOTAL* | **$2,836.17** | **$904.89** |
| LESS PAYROLL DEDUCTIONS | | |
|    A. Payroll taxes (includes social security tax if B. is zero) | $143.00 | $0.00 |
|    B. Social Security Tax | $175.85 | $56.12 |
|    C. Medicare | $41.12 | $13.13 |
|    D. Insurance | $0.00 | $0.00 |
|    E. Union dues | $0.00 | $0.00 |
|    F. Retirement | $0.00 | $0.00 |
|    G. Other (specify) _____ / Grocery _____ | $0.00 | $433.33 |
|    H. Other (specify) _____ | $0.00 | $0.00 |
|    I. Other (specify) _____ | $0.00 | $0.00 |
|    J. Other (specify) _____ | $0.00 | $0.00 |
|    K. Other (specify) _____ | $0.00 | $0.00 |
|    *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$359.97** | **$502.58** |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$2,476.20** | **$402.31** |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|    1._____ | $0.00 | $0.00 |
|    2._____ | $0.00 | $0.00 |
|    3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | **$2,476.20** | **$402.31** |

## TOTAL COMBINED MONTHLY INCOME  $2,878.51

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Joint Debtor just started employment with K-Mart.  I and J will be amended when pay stubs are received by joint debtor.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                          CASE NO
         **Renee Noline Way**
                                                        CHAPTER   **13**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate
    schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rental for mobile home)<br>Are real estate taxes included?   ☐ Yes   ☑ No<br>Is property insurance included?   ☐ Yes   ☑ No | $400.00 |
| **Utilities:**  Electricity and heating fuel<br>          Water and sewer<br>          Telephone<br>          Other: | $200.00<br>$89.00<br>$94.00 |
| Home maintenance (repairs and upkeep)<br>Food<br>Clothing<br>Laundry and dry cleaning<br>Medical and dental expenses (not covered by insurance)<br>Transportation (not including car payments)<br>Recreation, clubs and entertainment, newspapers, magazines, etc.<br>Charitable contributions | $100.00<br>$500.00<br>$100.00<br>$50.00<br>$125.00<br>$275.00<br>$125.00 |
| **Insurance**   (not deducted from wages or included in home mortgage payments)<br>          Homeowner's or renter's<br>          Life<br>          Health<br>          Auto<br>          Other: | $90.00<br>$125.00<br><br>$150.00 |
| Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Current Property Taxes | $100.00 |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan)<br>          Auto:  Aztec Payment<br>          Other:<br>          Other:  School lunches, supplies, activities<br>          Other: | $140.00<br><br>$75.00 |
| Alimony, maintenance, and support paid to others:<br>Payments for support of add'l dependents not living at debtor's home:<br>Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>Other:<br>Other: | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$2,738.00** |

| | |
|---|---|
| [FOR CHAPTER 12 AND 13 DEBTORS ONLY]<br>Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval. | |
| A. Total projected monthly income | $2,878.51 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $2,738.00 |
| C. Excess income (A minus B) | $140.51 |
| D. Total amount to be paid into plan each          **Monthly**          (interval) | $140.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE: **James Clayton Way**                              CASE NO
       **Renee Noline Way**
                                                          CHAPTER    **13**

## <u>DECLARATION CONCERNING DEBTOR'S SCHEDULES</u>

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**25**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **06/15/2005**_____          Signature __**/s/ James Clayton Way**_____
                                                        **James Clayton Way**

Date **06/15/2005**_____          Signature __**/s/ Renee Noline Way**_____
                                                        **Renee Noline Way**

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                              CASE NO
         **Renee Noline Way**

                                                CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$2,000.00** |
| Prior to the filing of this statement I have received: | **$200.00** |
| Balance Due: | **$1,800.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **1. Responses to motions to lift stay for post petition default by debtors, except one (1) motion to lift stay concerning residence and one (1) motion to lift stay concerning a vehicle.**
   **2. Adversary proceedings**
   **3. Motions to incur debt**
   **4. Motins to sell secured property**
   **5. Modifications**
   **6. Conversions to Chapter 7**
   **7. Motions to reinstate, except one (1) motions to reinstate**
   **8. Hardship discharges of Chapter 13**
   **9. Hardship discharges of student loans**
   **10. Adding creditors or property not listed in Bankruptcy Questionaire**
   **11. Conversions to Chapter 13**
   **12. Responses to objections to discharge**
   **13. Evidentiary hearing on ANY motion to lift stay, or evidentiary hearings of more that 30 minutes on motions to dismiss, objections to exemption, confirmations hearings, claims objections, or other contested matters**

   **Debtor(s) agree to pay attorney an additional fee of $400.00 for each of the following services:**

   **1. Plan Modification**
   **2. Motions to Sell Property**
   **3. Motions to Incur Debt**
   **4. Motion to Lift Stay (not included in the standard fee)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **James Clayton Way**                                        CASE NO
        **Renee Noline Way**
                                                                CHAPTER    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/15/2005** | **/s/ Phil Black** | |
| --- | --- | --- |
| *Date* | *Phil Black* | Bar No.  02371500 |
| | Law Offices of Phil Black | |
| | 1290 South Willis | |
| | Commerce Plaza, Suite 222 | |
| | Abilene, Texas 79605 | |
| | Phone: (325) 692-8100 / Fax: (325) 692-8793 | |

 **/s/ James Clayton Way**                              **/s/ Renee Noline Way**
*James Clayton Way*                                   *Renee Noline Way*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:   **James Clayton Way**                                    CASE NO
         **Renee Noline Way**

                                                                 CHAPTER   **13**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  06/15/2005                              Signature  /s/ James Clayton Way
                                                         *James Clayton Way*

Date  06/15/2005                              Signature  /s/ Renee Noline Way
                                                         *Renee Noline Way*

                                                          /s/ Phil Black
                                                         *Phil Black*
                                                         *02371500*
                                                         *Law Offices of Phil Black*
                                                         *1290 South Willis*
                                                         *Commerce Plaza, Suite 222*
                                                         *Abilene, Texas 79605*
                                                         *(325) 692-8100*

Abilene Emergency Physicians
P.O. Box 203292
Houston, TX 77216


Abilene Regional Medical Center
6250 HWY 83/84
Abilene, TX 79606


Abilene Regional Medical Center
P.O. Box 849776
Dallas, TX 75284


Ameripath San Antonio
P.O. Box 1794
San Antonio, TX 78296


Anesthesia Associates
420 Water Street, Ste. 105B
Kerrville, TX 78028


AT&T
P.O. Box 2100
Mechanicsburg, PA 17055-0706


Axsys National Bank
P.O. Box 469003
Chicago, IL 60649


Capital Loans
3658 N. 6th
Abilene, TX 79603


Capital One
P.O. Box 60000
Seattle, WA 98190

Capital Recovery Service, LLC
P.O. Box 8700
Jacksonville, FL 32239-0700


Cavalry
P.O. Box 1030
Hawthorne, NY 10532


Chase Receivables
1247 Broadway
Sonoma, CA 95476


Clinical Pathology Associates
P.O. Box 3138
Abilene, TX 79604


Collections Incorporated
26669 IH 10 West #3
Borne, TX 78006


Concho County Hospital
P.O. Box 987
Eden, tX 76837


Dish Network
P.O. box 660589
Dallas, TX 75266-0589


Doran, Gulley & Etzel
P.O. Box 420248
Del Rio, TX


Excel Telecommunications
P.O. Box 650582
Dallas, TX 75265

Gold Key
625 U.S. Hwy 1, Ste. 102
Key West, FL 33040


Greenpoint Credit/Green Tree
P.O. Box 507
Memphis, TN 38101


Hendrick Medical Center
1900 Pine
Abilene, Tx. 79601-2432


Hill Country Counseling
616 Barnett
Kerrville, TX 78028


Hill Country Imaging
P.O. Box 290910
Kerrville, TX 78029


Ingram School District
P.O. Box 189
Ingram, TX 78025


Internal Revenue Service
Special Procedures Function
1100 Commerce Street
MC 5029 DAL, ROOM 9A20

James & Jean Lang
838 Comanche Trail
Abilene, TX 79601


Kerrville Public Utility
P.O. Box 294999
Kerrville, TX 78029

Linebarger Goggan Blair & Sampson
2323 Bryan Street, Ste. 1600
Dallas, Texas 75201


MCI Residential Service
P.O. Box 17890
Denver, CO 80217


Mitchell N. Kay
P.O. Box 9006
Smithtown, NY 11787


National Action Financial Services
3587 Parkway Lane
Norcross, GA 30010


National Car
620  Main Street
Kerrville, TX 78025


NCO Financial
P.O. Box 41418, Dept. 12
Philadelphia, PA 19101


NCO Financial
507 Prudential Rd.
Horsham, PA 19044


NES
29125 Solon Rd.
Solon, OH 44139


OMS
CS 9018
Melville, NY 11747

Paula Rector
700 Main Street, Ste. 124
Kerrville, TX 78025


Quantum Credit Services
3307 Ranch Rd.
Austin, TX 78734


Radiology Associates of Abilene
P.O. Box 2898
Abilene, TX  79604-2898


Robert Mitchell, M.D.
695 Hill Country Drive
Kerrville, TX 78025


Security Finance
4201 N 1st
Abilene, TX 79603


Service Bureau, Inc.
2705 81st Street
Luboock, TX 79423


Sid Peterson
710 Water Street
Kerrville, TX 78028


Stage Stores, Inc. (Bealls)
P.O. Box 64
Jacksonville, TX 75766


TCEP Sid Peterson
7100 South Hwy. 287
Arlington, TX 76001

Texas Midwest Emergency Physicians
319 W. Main Street
Norman, OK 73069


Texas Workforce Commission
P.O. Box 149080
Austin, TX 78714-9080


The Collection Bureau
104 Plaza Drive
Kerrville, TX 78028


Trade Mark AC
509 Hwy. 27 E
Ingram, TX 78025


United Collection Bureau
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


United Consumers
P.O. Box 4466
Woodridge, VA 22194


Vital Recovery
P.O. Box 923747
Norcross, GA 30010


West Central Texas Collection Bureau
P.O. Box 2586
Abilene, TX 79604


William Allen, M.D.
695 Hill Country Drive
Kerrville, TX 78028